# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | Setting Arraignment on Information and Change of Plea: *United States v. Christopher Firle* 2:21-cr-0043-JAM | Date: | June 4, 2021 |
|---|---|---|---|
| To: | Gabriel Michel, Courtroom Deputy to the Honorable John A. Mendez | From: | Matthew Thuesen U.S. Attorney's Office Eastern District of California |

On February 24, 2021, the United States filed an information charging Christopher Firle with one count of wire fraud, in violation of 18 U.S.C. § 1343.

The parties jointly request that the Court set this matter for arraignment on the information for Wednesday, June 30, 2021, at 2:00 p.m., before United States Magistrate Judge Allison Claire.

The parties also jointly request that the Court set this matter for a change of plea for Tuesday, July 6, 2021, at 9:30 a.m., before this Court.

Thank you for your assistance. Please feel free to contact me at 916-591-4049, if you have any questions.

cc: Robert D. Byers, Counsel for Defendant Christopher Firle
     Jonathan Anderson, Courtroom Deputy to the Honorable Allison Claire