PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FIRLE,<br><br>Defendant. | 2:21-CR-00043-JAM<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On or about July 6, 2021, defendant Christopher Firle entered a guilty plea to wire fraud in violation of 18 U.S.C. § 1343 (Count One), as charged in the Information.

As part of his plea agreement with the United States, defendant Christopher Firle agreed to forfeit voluntarily and immediately $1,652,269.44, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 18 U.S.C. § 1343 to which he has pled guilty. See Defendant Firle's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(A), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Christopher Firle in the amount of $1,652,269.44.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant

Christopher Firle's conviction for violating 18 U.S.C. § 1343 (Count One). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

      3.    Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. An initial payment of at least $16,523 is due on or before the date of sentencing. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control. Any funds paid to victims through restoration or remission shall be credited to the defendant's restitution obligation.

DATED:  7/19/2021

PHILLIP A. TALBERT
Acting United States Attorney

 /s/ Matthew Thuesen
MATTHEW THUESEN
Assistant U.S. Attorney

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Christopher Firle in the amount of $1,652,269.44.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  An initial payment of at least $16,523 is due on or before the date of sentencing.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.  Any funds paid to victims through restoration or remission shall be credited to the defendant's restitution obligation.

IT IS SO ORDERED.

DATED:  July 21, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE