**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No.: (510) 465-4000
Fax No.: (510) 842-1999
E-mail: RobertByers@BayAreaJustice.com

Attorney for *Defendant, Christopher Firle*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-43 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| CHRISTOPHER FIRLE, | |
| Defendant. | |

Defendant Christopher Firle, through his attorney, Robert Byers, and the United States, through its attorney, Assistant United States Attorney Matthew Thuesen, hereby agree, stipulate, and request that the Court continue the sentencing hearing in this case from October 19, 2021, at 9:30 a.m., to January 25 25, 2022, at 9:30 a.m. Furthermore, United States Probation Officer Janice Slusarenko was informed of the proposed date and has no objection. The reasons for this request are that the defendant has experienced some difficulties in gathering the materials for his sentencing, and that defense counsel's schedule does not permit his presence or adequate preparation for the current sentencing date. The

proposed January date will provide adequate time for defendant and counsel to make the necessary preparations. The Speedy Trial Act does not apply to sentencing proceedings.

In addition to the new sentencing date of January 25, 2022, the parties further agree to the following schedule with respect to the Pre-Sentence Report:

- Proposed sentencing report: 12/14/21
- Written objections: 12/28/21
- Presentence report: 1/4/22
- Motion for correction: 1/11/22
- Reply or statement of non-opposition: 1/18/22

**IT IS SO STIPULATED.**

DATED: October 13, 2021              /s/ Robert D. Byers_____
                                     ROBERT D. BYERS
                                     Counsel for Christopher Firle


DATED: October 13, 2021              /s/ Mathew Thuesen_____
                                     MATTHEW THUESEN
                                     Assistant United States Attorney

//

//

//

//

//

The court hereby continues the sentencing date in the above-captioned matter to January 25, 2022, at 9:30 a.m., and adopts the above Pre-trial Sentencing schedule.

**IT IS SO ORDERED.**

Dated: October 14, 2021            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE