**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No.: (510) 465-4000
Fax No.: (510) 842-1999
E-mail: RobertByers@BayAreaJustice.com

Attorney for *Defendant, Christopher Firle*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-43 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| CHRISTOPHER FIRLE, | |
| Defendant. | |

Defendant Christopher Firle, through his attorney, Robert Byers, and the United States, through its attorney, Assistant United States Attorney Matthew Thuesen, hereby agree, stipulate, and request that the Court continue the sentencing hearing in this case from January 25, 2022, at 9:30 a.m. to March 29, 2022, at 9:30 a.m.  Furthermore, United States Probation Officer Janice Slusarenko agrees to this continuance. The reason for this request is so that the defendant and Probation can adequately prepare the materials for sentencing. This is the second request for a continuance. The proposed March date will provide adequate time for counsel and Probation to make the necessary preparations. The Speedy Trial Act does not apply to sentencing proceedings.

In addition to the new sentencing date of March 29, 2022, the parties further agree to the following filing schedule with respect to the Pre-Sentence Report:

- Proposed Pre-Sentence Report: 2/15/22
- Written objections: 3/1/22
- Presentence report: 3/08/22
- Motions for correction: 3/15/22
- Reply or statement of non-opposition: 3/22/22

**IT IS SO STIPULATED.**

DATED: January 20, 2022         /s/ Robert D. Byers
                                ROBERT D. BYERS
                                Counsel for Christopher Firle

DATED: January 20, 2022         /s/ Matthew Thuesen
                                MATTHEW THUESEN
                                Assistant United States Attorney

The court hereby continues the sentencing date in the above-captioned matter to March 29, 2022, at 9:30 a.m., and adopts the above Pre-trial Sentencing schedule.

**IT IS SO ORDERED.**

DATED: January 20, 2022         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE