**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No.: (510) 465-4000
Fax No.: (510) 842-1999
E-mail: RobertByers@BayAreaJustice.com

Attorney for *Defendant, Christopher Firle*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-43 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| CHRISTOPHER FIRLE, | |
| Defendant. | |

Defendant Christopher Firle, through his attorney, Robert Byers, and the United States, through its attorney, Assistant United States Attorney Matthew Thuesen, hereby agree, stipulate, and request that the Court continue the sentencing hearing in this case from March 29, at 9:30 a.m. to April 26, 2022, at 9:30 a.m. Furthermore, United States Probation Officer Janice Slusarenko agrees to this continuance. The reason for this request is that COVID conditions have created scheduling conflicts for the defendant's attorney and prevent adequately preparation for sentencing. This is the third and final request for a continuance. The proposed April 26th date will provide adequate time for counsel and

Christopher Firle Stipulation to Continue Sentencing          1

Probation to make the necessary preparations. The Speedy Trial Act does not apply to sentencing proceedings.

**IT IS SO STIPULATED.**

DATED: March 23, 2022                               /s/ *Robert D. Byers*
                                                    ROBERT D. BYERS
                                                    Counsel for Christopher Firle

DATED: March 23, 2022                                /s/ *Matthew Thuesen*
                                                    MATTHEW THUESEN
                                                    Assistant United States Attorney

The court hereby continues the sentencing date in the above-captioned matter to April 26, 2022, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:  March 24, 2022                              /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT COURT JUDGE