PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           v.<br><br>CHRISTOPHER FIRLE,<br><br>                              Defendant. | CASE NO. 2:21-CR-43 JAM<br><br>STIPULATION AND ORDER REGARDING SENTENCING DATE<br><br>COURT: Hon. John A. Mendez |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. On February 24, 2021, the United States filed an information charging the defendant with five counts of wire fraud, in violation of 18 U.S.C. § 1343.

2. On July 6, 2021, the defendant pleaded guilty to one wire fraud count charged in the information, pursuant to a plea agreement.

3. This matter currently is set for sentencing on April 26, 2022.

4. The parties jointly request that the Court continue the sentencing date to June 14, 2022, at 9:30 a.m. in Courtroom 6.

5. The reason for the requested continuance is that victims who wish to speak at the sentencing hearing are unavailable on April 26, 2022.

6. United States Probation Officer Janice Slusarenko does not object to the requested continuance.

**IT IS SO STIPULATED.**

Dated: April 1, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney

Dated: April 1, 2022

/s/ Robert D. Byers
ROBERT D. BYERS
Counsel for Defendant
Christopher Firle

**ORDER**

Having considered the parties' stipulation, the Court adopts it as its order.

IT IS SO ORDERED this 4th day of April, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE