**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No.: (510) 465-4000
Fax No.: (510) 842-1999
E-mail: RobertByers@BayAreaJustice.com

Attorney for *Defendant, Christopher Firle*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-43 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| CHRISTOPHER FIRLE, | |
| Defendant. | |

Defendant Christopher Firle, through his attorney, Robert Byers, and the United States, through its attorney, Assistant United States Attorney Matthew Thuesen, hereby agree, stipulate, and request that the Court continue the sentencing hearing in this case from November 8, 2022, at 9:00 a.m. to January 10, 2023, at 9:00 a.m.  Furthermore, United States Probation Officer of the Eastern District does not oppose this continuance.

//

//

//

Christopher Firle Stipulation to Continue Sentencing         1

**IT IS SO STIPULATED.**

DATED: November 2, 2022                         /s/ Robert D. Byers
                                                ROBERT D. BYERS
                                                Counsel for Christopher Firle


DATED: November 2, 2022                         /s/ Matthew Thuesen
                                                MATTHEW THUESEN
                                                Assistant United States Attorney


The court hereby continues the sentencing date in the above-captioned matter to January 10, 2023, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  November 3, 2022                        /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE