**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No.: (510) 465-4000
Fax No.: (510) 842-1999
E-mail: RobertByers@BayAreaJustice.com

Attorney for *Defendant, Christopher Firle*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-CR-43 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| CHRISTOPHER FIRLE, | |
| Defendant. | |

    Defendant Christopher Firle, through his attorney, Robert Byers, and the United States, through its attorney, Assistant United States Attorney Matthew Thuesen, hereby agree, stipulate, and request that the Court continue the sentencing hearing in this case from January 10, 2023, at 9:00 a.m. to January 31, 2023, at 9:00 a.m.  Furthermore, United States Probation Officer of the Eastern District does not oppose this continuance.

//

//

//

Christopher Firle Stipulation to Continue Sentencing    1

**IT IS SO STIPULATED.**

DATED: January 6, 2023
      /s / Robert D. Byers
      ROBERT D. BYERS
      Counsel for Christopher Firle

DATED: January 6, 2023
      /s / Matthew Thuesen
      MATTHEW THUESEN
      Assistant United States Attorney

The court hereby continues the sentencing date in the above-captioned matter to January 31, 2023, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  January 6, 2023
      /s/ John A. Mendez
      THE HONORABLE JOHN A. MENDEZ
      SENIOR UNITED STATES DISTRICT JUDGE