**Robert D. Byers Bar No. 159871**
420 3rd Street, Suite 250
Oakland, California 94607
Tel No.: (510) 465-4000
Fax No.: (510) 842-1999
E-mail: RobertByers@BayAreaJustice.com

Attorney for *Defendant, Christopher Firle*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00043-JAM |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF SELF-SURRENDER DATE.** |
| vs. | |
| CHRISTOPHER FIRLE, | |
| Defendant. | |

Defendant Christopher Firle, through his attorney, Robert Byers, and the United States, through its attorney, Assistant United States Attorney Matthew Thuesen, hereby agree, stipulate, and request that the Court extend Mr. Firle's self-surrender date form May 24, 2023, to May 31, 2023.  The purpose of this request is to permit Mr. Firle to undergo a colonoscopy. Mr. Firle has been designated to Lompoc Satellite Camp in Lompoc, California.

//

//

//

Christopher Firle Stipulation and Order to Extend Self-Surrender Date

**IT IS SO STIPULATED.**

DATED: May 18, 2023                                  /s/ Robert D. Byers
                                                     ROBERT D. BYERS
                                                     Counsel for Christopher Firle


DATED: May 18, 2023                                  /s/ Matthew Thuesen
                                                     MATTHEW THUESEN
                                                     Assistant United States Attorney

## ORDER FOR EXTENSION OF SELF-SURRENDER DATE

The court hereby **EXTENDS** Mr. Firle's self-surrender date from May 24, 2023, **to May 31, 2023**. The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

The Court reserves jurisdiction over this matter and will only change the date or time of voluntary surrender upon motion of either the defendant or the government with good cause appearing.

The Clerk is **DIRECTED** to serve the United States Marshal's Service with a copy of this order.

**IT IS SO ORDERED.**

Dated: May 18, 2023                                  /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     SENIOR UNITED STATES DISTRICT JUDGE