HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHRISTOPHER FIRLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER FIRLE,<br><br>Defendant. | No. 2:21-cr-00043-JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge:  The Honorable JOHN A. MENDEZ |

Defendant, CHRISTOPHER FIRLE, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2.  The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1.  The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a). The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024. *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

    3.    On March 14, 2023, this Court sentenced Mr. Firle to 41months imprisonment;

    4.    Mr. Firle's total offense level was 22, his criminal history category was I, and the resulting guideline range was 41 to 51 months;

    5.    The sentencing range applicable to Mr. Firle was subsequently lowered by the zero-point provision;

    6.    Mr. Firle is eligible for a reduction in sentence, which reduces his total offense level by 2 from 22 to 20, resulting in an amended advisory guideline range of 33 to 41 months;

    7.    Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Firle's term of imprisonment to 33 months, effective February 1, 2024.

Respectfully submitted,

| Dated: January 23, 2024 | Dated: January 23, 2024 |
|---|---|
| PHILLIP A. TALBERT<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Shelley D. Weger*<br>SHELLEY D. WEGER<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>CHRISTOPHER FIRLE |

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Firle is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 22 to 20, resulting in an amended guideline range of 33 to 41 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2023 is **REDUCED** to **33 months, effective February 1, 2024**.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

The pro se motion filed December 15, 2023, ECF 45, is hereby **DISMISSED as MOOT**.

Unless otherwise ordered, Mr. Firle shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  January 26, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE