IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Respondent,<br><br>v.<br><br>CHRISTOPHER FIRLE,<br><br>           Movant. | CASE NO. 2:21-CR-00043-KJM-CKD<br><br>ORDER |

Having considered the government's motion to extend time to file a response to movant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255, the Court ORDERS that:

- the government file any Motion for Waiver of Attorney Client Privilege on or before May 24, 2024;

- Movant may file any response to the government's motion on or before June 24, 2024;

- the government shall file its response to the Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. §2255 on or before 45 days following the Court's ruling on the government's Motion for Waiver of Attorney Client Privilege.

- movant may file an optional reply on or before 45 days after the government's response is due.

IT IS SO ORDERED.

Dated: April 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE